**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In RE: Case No. 22-30548
Chapter 7

HomeLiberty, Inc.,

Debtor.

---

**Trustee's Status Report Regarding Trustee's Interim Report at Docket # 257**

In November 2023, a settlement between the Trustee and the Van Ettens was approved whereby the Van Ettens were to receive, as full payment of the secured claim component of Claim 7 (Secured Claim), 40% of the net proceeds from the Trustee's sale of a home at 1400 Charles, St. Paul (Property). The Property was sold in October 2025 and the sale funds are held by the estate. After the sale, the Trustee calculated the Secured Claim to be $35,605.59.

The Trustee filed a second interim report (SIR) in April, 2026 which proposed that the estate would distribute over $235,000 held by the estate, and would retain $25,000 in the estate. The SIR included the Secured Claim, but did not seek authorization to pay the Secured Claim.

On May 1, 2026 the Court entered an order awarding compensation per the SIR. On June 8, 2026 the Court entered an order approving the payment of $35,605.59 on the Secured Claim. Because the $25,000 retained per the SIR would not be sufficient to pay the Secured Claim in full at this time, resulting in secured funds being used to pay unsecured creditors, the Trustee did not pay unsecured claimants per the SIR. The Trustee sought guidance from the UST on how to proceed. It was determined that the Trustee should file a third interim report seeking authorization to pay the Secured Claim in full. That payment will result in an interim payment to unsecured creditors which is less than proposed in the SIR.

In addition to the retained $25,000 the Trustee believes the estate may, in the future, recover additional funds in the possible range of $100,000 for distribution to be made in a final report.

Dated: October 22, 2026

/e/ Randall L. Seaver
Randall L. Seaver, Trustee
P.O. Box 1167
Burnsville, MN 55337
(612) 741-5761